[No. 12705. Department One. June 15, 1915.]

LUCINDA ADAMS, *Respondent*, v. ADELINE HAZELRIGG, *Appellant*.[1]

Appeal from a judgment of the superior court for King county, Humphries, J., entered November 27, 1914, upon findings in favor of the plaintiff, in an action in tort, tried to the court. Affirmed.

*Longfellow & Fitzpatrick*, for appellant.
*Frank S. Griffith*, for respondent.

PER CURIAM.—This is an action for damages alleged to have been received by the respondent in an assault and battery made upon her by the appellant.

The principal question upon this appeal is which was the aggressor in the affray. There is hopeless conflict in the evidence upon this question. The trial court found that the defendant was the aggressor. We have read the entire record with care, and are not convinced that the trial court was wrong in this conclusion.

The judgment is therefore affirmed.

---

[No. 11600. *En Banc*. August 4, 1915.]

HERRING-HALL-MARVIN SAFE COMPANY, *Respondent*, v. PURCELL SAFE COMPANY, *Appellant*.[2]

Appeal from a judgment of the superior court for King county, Dykeman, J., entered May 17, 1913, upon findings in favor of the plaintiff, in consolidated actions of replevin and on an account stated, tried to the court. Reversed.

*Gay & Kelleran* and *Hughes, McMicken, Dovell & Ramsey*, for appellant.
*Charles P. Spooner* and *George R. Biddle*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein as reported in 81 Wash. 592, 142 Pac. 1153.

For the reasons there stated, the judgment is reversed, and the cause remanded with instructions to dismiss the action.

[1]Reported in 149 Pac. 324.
[2]Reported in 150 Pac. 1162.